# Exhibit 2

Method Claim: 9

| US7606876B2 | Getac ZX80 ("The accused product") |
|---|---|
| 9. A method for distributing and remotely updating information contained on storage media, wherein the information includes a media identifier and a user accesses the information by connecting the media to an electronic device, which may be adapted to connect to or selectively connected to a network, the method comprising the steps of:<br><br>*Specification* **[2: 58-67 & 3: 1-9]** –<br><br>*FIG. 1 illustrates the process 100 of using media keying to distribute updateable content according to an embodiment of the* | The accused product discloses a method for distributing and remotely updating information (e.g., updating Getac OEMConfig app, etc.) contained on storage media (e.g., an internal storage of the accused product), wherein the information (e.g., a new version of Getac OEMConfig app, etc.) includes a media identifier (e.g., an identifier of the accused product, etc.) and a user (e.g., a user of the accused product) accesses the information (e.g., a new version of Getac OEMConfig, etc.) by connecting the media (an internal storage of the accused product) to an electronic device (e.g., display of the accused product, SoC of the accused product, etc.), which may be adapted to connect to or selectively connected to a network (e.g., Wi-Fi, etc.).<br><br>As shown below, the accused product supports operating system wherein Getac OEMConfig application is pre-installed on the device. The Getac OEMConfig app installed on the accused product is identified by a unique identifier such as its app version identifier, package name, etc. When the device connects to a Wi-Fi network, the server of the system utilized by the Getac OEMConfig app automatically checks for updates by comparing the installed app versions with the latest versions available on its servers. If updates are available, the server of the system utilized by the Getac OEMConfig app downloads and installs them by replacing the previous versions.<br><br>Further, the accused product comprises a storage media with 256 GB storage. It stores instructions & data related to the applications. The accused product also comprises a display, a SoC (e.g., electronic devices), etc. The SoC and the display fetches information from the storage media. They are also directly or indirectly connected to networking interfaces such as Wi-Fi, cellular, etc. |

*invention. As shown in FIG. 1, a content provider stores on, or uploads onto, a particular media a Keying Application and an associated Keying Application Source ID (block 110).* **One of ordinary skill in the art will easily understand that any type of media, volatile or non-volatile, can be used (e.g., floppy disk, magnetic tape, EEPROMS, CD, DVD, memory card, etc.), all of which are within the scope of the present invention.** *The Source ID may identify the distribution point of the media, or the identity/profile of an end user who will be given the media. For instance, with a department store content provider, one media that is distributed to customers of that store*



https://www.getac.com/us/products/tablets/zx80/

| | |
|---|---|
| *might contain a Source ID that identifies the customer as having shopped in the sporting goods section of the store. With this information encoded onto the media, the media becomes personalized from the standpoint that a specific demographic or profile is established in relation to those particular customers.*<br><br>**[3: 19-36] –**<br><br>*Once produced, the media can be distributed to end users (block 120). The media can be distributed via any means, such as regular mail, at a business site, in a mall kiosk, or, in the case of a mini wallet-sized CD, even handed out as a business card. When the end user has possession of the* | **GETAC ZX80 FEATURES**<br><br>a storage media<br><br> AI-Ready     12GB RAM / 256GB Storage<br><br> 4G LTE / 5G Sub-6 4X4 MIMO     Dedicated GPS (L1/L5)<br><br> 1,000nits Brilliant Display     High-Resolution Front and Rear Cameras<br><br>https://www.getac.com/us/products/tablets/zx80/ |

*media, the media can be accessed using a media accessing/reading device, such as on a personal computer system, that is capable of accessing a network. The network device can access the media via any means available to it, such as a serial or parallel connection, a USB connection, a floppy disk drive, a CD drive, a DVD drive, and the like.* **The present invention is intended to encompass any device capable of accessing/reading the media and connected to the network (e.g., laptop computer, Personal Digital Assistant, cell phone, etc.).** *Upon accessing/reading the media, the Keying Application is launched by any suitable process, for example,*



https://www.getac.com/us/products/tablets/zx80/#tech-specs

| | |
|---|---|
| *either automatically or by user intervention, or a combination of user intervention and automation (block 130).* | **ANDROID ENTERPRISE RECOMMENDED WITH SOFTWARE UPGRADE SUPPORT**<br><br>ZX80 is powered by the Android™ 13 operating system and is verified by Google as an Android Enterprise Recommended Rugged Device. Android™ 13 offers a diverse feature set, including application-level language settings, granular control over what information apps can access, and built-in safeguards to protect critical data. ZX80 will also support at least five years of security updates, with at least 3 Android Operating System versions over its lifecycle and various feature enhancements.<br><br>https://www.getac.com/us/products/tablets/zx80/<br><br><br><br>https://www.getac.com/us/products/tablets/zx80/ |

Supported by a comprehensive range of dedicated accessories and software

Like all Getac devices, the ZX80 is compatible with a comprehensive range of dedicated accessories, peripherals and software, helping users maximize device functionality in different industry scenarios. This includes third party secure vehicle docks for optimal vehicle/forklift truck use, hand strap, stylus and high-capacity hot swappable batteries for enhanced usability in the field, and 65W USB-C adaptor and docking station for efficient use in the office. Customers can also efficiently manage their Android tablets through pre-installed Getac software solutions, including the new Log Tool, deployXpress, enrollXpress, GDMS, Driving Safety Utility, and OEMConfig.

https://www.getac.com/us/news/getac-enhances-its-range-of-versatile-android-devices-with-launch-of-ai-ready-fully-rugged-tablet/



https://www.getac.com/us/products/software/getac-oemconfig/



## Up-To-Date

Available from the Managed Google Play store, OEMConfig makes device updating easy. Option to update devices with the latest security patches Over-The-Air.

https://www.getac.com/us/products/software/getac-oemconfig/

**Default update behavior**

By default, apps are updated automatically when the following constraints are met:

- The device is connected to a Wi-Fi network.
- The device is charging.
- The device is idle (not actively used).
- The app to be updated is not running in the foreground.

Google Play typically checks for app updates once a day, so it can take up to 24 hours before an app update is added to the update queue. After an app is added to the queue, it will be automatically updated the next time the constraints above are met.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**App update settings available to users**

Your users can modify the Wi-Fi network constraint by changing the auto-update settings on their device. A user can select one of the following options:

- Update apps over any network.
- Update apps over Wi-Fi only (this is the default setting).
- Do not update apps.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**Other factors affecting app updates**

There are a few other factors that may influence the timing and speed of app updates on Android devices:

- App release settings: Android app developers can roll out app updates gradually. As a result, an app update may initially only be available to some devices in your fleet.
- Pending installs: App updates are queued and installed one at a time. If a device has several apps with pending updates, it may take longer than expected to install all the updates.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

# How to update apps on Android

You can update your Android apps one at a time, all together, or automatically. Updating your apps to the latest version gives you access to the latest features and improves app security and stability.

**Important:**

- If Google determines that an app update fixes a critical security vulnerability, we may make certain app updates. These updates can occur regardless of update settings in the app or on your device. For more information, read the Google Play Terms of Service ☒ .

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

## Update Android apps automatically

### Update all of your Android apps automatically

1. Open the Google Play app ▶.
2. At the top right, tap your **Profile picture.**
3. Tap **Settings** > **Network Preferences** > **Auto-update apps.**
4. Select an option:
   - Update all apps over Wi-Fi or mobile data
   - Update with limited amount of mobile data
   - Update over Wi-Fi only
   - Don't auto-update apps

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

**How it works** ⌃

Google Play can use a limited portion of your monthly mobile data to automatically update your apps. Google Play prioritizes app updates using several factors, like apps with new features or apps we think you'll use the most. Google Play always tries to update apps over Wi-Fi first.

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

| Date | Status of App |
|---|---|
| May 01 | The app is up-to-date on the device.<br>Installed version: 1.0<br>Latest available version 1.0 |
| May 02 | The developer publishes a new version (2.0). The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 2.0 |
| Jun 06 | The developer publishes a new version (3.0). The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 3.0 |
| Jun 11 | The developer publishes a new version (4.0). The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 4.0 |

https://developers.google.com/android/management/control-app-updates

| Jul 31 | The 90 day period ends. The app is added to the update queue and will be automatically updated according to the default update behavior, once the constraints are met.<br>The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 4.0 |
|---|---|
| Aug 01 | The constraints are met and therefore the app is updated to the latest available version (4.0).<br>Installed version: 4.0<br>Latest available version: 4.0 |

https://developers.google.com/android/management/control-app-updates

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

**Unique identifiers**

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

https://policies.google.com/privacy#infocollect

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name , crash reports, which apps you've installed, and, depending on your device settings, other information about how you're using your Android device.

https://policies.google.com/privacy#infocollect

| creating original information on a content server and | The accused product discloses creating original information (e.g., an installed version of Getac OEMConfig app) on a content server (e.g., a Getac OEMConfig application server, etc.) and storing the original information (e.g., an installed version of Getac OEMConfig |
|---|---|

| storing the original information on the media, wherein the original information is customized according to time and location of distribution; | app) on the media (e.g., an internal storage of the accused product), wherein the original information (e.g., installed version of Getac OEMConfig app) is customized according to time (e.g., a version at a particular time) and location (e.g., region, country, etc.) of distribution.

As shown below, the accused product supports operating system wherein Getac OEMConfig application is pre-installed on the device. The Getac OEMConfig app installed on the accused product is identified by a unique identifier such as its app version identifier, package name, etc. When the device connects to a Wi-Fi network, the server of the system utilized by Getac OEMConfig app automatically checks for updates by comparing the installed app versions with the latest versions available on its servers. If updates are available, the server of the system utilized by Getac OEMConfig app downloads and installs them by replacing the previous versions.

For example, when a new update is available for Getac OEMConfig application, the server of the system utilized by Getac OEMConfigapp checks for and download the available app update within the auto-update time window. Also, the server of the system utilized by Getac OEMConfig application ensures that the users in the specific locations as specified in the app package, etc. only receive the relevant app updates.

Further, the accused product comprises a storage media with 256 GB storage. It stores instructions & data related to the applications. |



https://www.getac.com/us/products/tablets/zx80/



https://www.getac.com/us/products/tablets/zx80/#tech-specs

# ANDROID ENTERPRISE RECOMMENDED WITH SOFTWARE UPGRADE SUPPORT

ZX80 is powered by the Android™ 13 operating system and is verified by Google as an Android Enterprise Recommended Rugged Device. Android™ 13 offers a diverse feature set, including application-level language settings, granular control over what information apps can access, and built-in safeguards to protect critical data. ZX80 will also support at least five years of security updates, with at least 3 Android Operating System versions over its lifecycle and various feature enhancements.

https://www.getac.com/us/products/tablets/zx80/



an electronic device

https://www.getac.com/us/products/tablets/zx80/

**Supported by a comprehensive range of dedicated accessories and software**

Like all Getac devices, the ZX80 is compatible with a comprehensive range of dedicated accessories, peripherals and software, helping users maximize device functionality in different industry scenarios. This includes third party secure vehicle docks for optimal vehicle/forklift truck use, hand strap, stylus and high-capacity hot swappable batteries for enhanced usability in the field, and 65W USB-C adaptor and docking station for efficient use in the office. Customers can also efficiently manage their Android tablets through pre-installed Getac software solutions, including the new Log Tool, deployXpress, enrollXpress, GDMS, Driving Safety Utility, and OEMConfig.

https://www.getac.com/us/news/getac-enhances-its-range-of-versatile-android-devices-with-launch-of-ai-ready-fully-rugged-tablet/



https://www.getac.com/us/products/software/getac-oemconfig/



https://www.getac.com/us/products/software/getac-oemconfig/



## Up-To-Date

Available from the Managed Google Play

store, OEMConfig makes device updating

easy. Option to update devices with the latest

security patches Over-The-Air.

https://www.getac.com/us/products/software/getac-oemconfig/

**Default update behavior**

By default, apps are updated automatically when the following constraints are met:

- The device is connected to a Wi-Fi network.
- The device is charging.
- The device is idle (not actively used).
- The app to be updated is not running in the foreground.

Google Play typically checks for app updates once a day, so it can take up to 24 hours before an app update is added to the update queue. After an app is added to the queue, it will be automatically updated the next time the constraints above are met.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**App update settings available to users**

Your users can modify the Wi-Fi network constraint by changing the auto-update settings on their device. A user can select one of the following options:

- Update apps over any network.
- Update apps over Wi-Fi only (this is the default setting).
- Do not update apps.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**Other factors affecting app updates**

There are a few other factors that may influence the timing and speed of app updates on Android devices:

- App release settings: Android app developers can roll out app updates gradually. As a result, an app update may initially only be available to some devices in your fleet.
- Pending installs: App updates are queued and installed one at a time. If a device has several apps with pending updates, it may take longer than expected to install all the updates.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

**Unique identifiers**

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

https://policies.google.com/privacy#infocollect

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name ⧉, crash reports, which apps you've installed, and, depending on your device settings, other information about how you're using your Android device ⧉.

https://policies.google.com/privacy#infocollect

As shown below, when the auto-update window of 90-day period ends, the accused product automatically installs the latest available version of the application.

| Date | Status of App |
|------|---------------|
| May 01 | The app is up-to-date on the device.<br>Installed version: 1.0<br>Latest available version 1.0 |
| May 02 | The developer publishes a new version (2.0). The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 2.0 |
| Jun 06 | The developer publishes a new version (3.0). The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 3.0 |
| Jun 11 | The developer publishes a new version (4.0). The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 4.0 |

https://developers.google.com/android/management/control-app-updates

| | |
|---|---|
| | Jul 31    The 90 day period ends. The app is added to the update queue and will be automatically updated according to the default update behavior, once the constraints are met.<br>The 90 day period starts and will finish on July 31.<br>Installed version: 1.0<br>Latest available version: 4.0<br><br>Aug 01    The constraints are met and therefore the app is updated to the latest available version (4.0).<br>Installed version: 4.0<br>Latest available version: 4.0<br><br>Aug 15    The developer publishes a new version (5.0). A new 90 day period starts and will finish on November 13.<br>Installed version: 4.0<br>Latest available version: 5.0<br><br>https://developers.google.com/android/management/control-app-updates<br><br>Your Google Play country or region determines what content you find in the store and in apps. The apps, games, and other content in the store and in apps can vary by country or region.<br><br>• To set up a new country or region, you must be in that location and have a payment method from the new country or region.<br><br>• If you're a member of a Google Family group, you can't change your Google Play country or region.<br><br>https://support.google.com/googleplay/answer/7431675?hl |

| | |
|---|---|
| | 1. On your Android device, open the Google Play Store app ▶. 2. At the top right, tap the profile icon. 3. Tap **Settings** > **General** > **Account and device preferences** > **Country and profiles.** 4. Tap the country where you want to add an account. 5. Follow the on-screen instructions to add a payment method for that country. **Tip:** Your profile can take up to 48 hours to update. https://support.google.com/googleplay/answer/7431675?hl ## Help your device get a more accurate location (Location Accuracy, also known as Google Location Services) To improve device location, Android devices with Google Play services have a Location Accuracy service that uses information from wireless signals, such as Wi-Fi access points, cellular network towers, and GPS, along with device sensor data, such as accelerometer and gyroscope, to allow your device to more quickly and accurately estimate device location, particularly in areas where GPS may be unavailable or obscured, such as indoors or near large buildings. Learn more about Google Play services. https://support.google.com/accounts/answer/3467281?hl=en |
| identifying a user of the media by associating the media identifier with a user ID, wherein the user ID is linked to personal identifying information of the user | The accused product discloses identifying a user (e.g., a user of the accused product) of the media (e.g., an internal storage of the accused product) by associating the media identifier (e.g., an identifier of the accused product, etc.)with a user ID (e.g., an e-mail id, username, etc.), wherein the user ID (e.g., an e-mail id, username, etc.) is linked to personal identifying information (e.g., an e-mail, username, etc.) of the user (e.g., a user of the accused product) and the media identifier (e.g., an identifier of the accused product, etc.) is associated with the user ID (e.g., an e-mail id, username, etc.) |

| | |
|---|---|
| and the media identifier is associated with the user ID using a keying application; transmitting the user ID and media identifier to the content server to access a profile of the user, | using a keying application (e.g., a Play Store application); transmitting the user ID (e.g., an e-mail id, username, etc.) and media identifier (e.g., an identifier of the accused product, etc.)to the content server (e.g., a Getac OEMConfig application server, etc.) to access a profile (e.g., a user account, etc.) of the user (e.g., a user of the accused product).<br><br>As shown below, the accused product supports operating system wherein Getac OEMConfig application is pre-installed on the device. The Getac OEMConfig app installed on the accused product is identified by a unique identifier such as its app version identifier, package name, etc. When the device connects to a Wi-Fi network, the server of the system utilized by Getac OEMConfig app automatically checks for updates by comparing the installed app versions with the latest versions available on its servers. If updates are available, the server of the system utilized by Getac OEMConfig app downloads and installs them by replacing the previous versions.<br><br>When a user logs into their account on the Getac OEMConfig application, it creates a link between their user ID and the Getac OEMConfig app version installed on the device. The server of the system utilized by Getac OEMConfig app sends the user ID and current installed app version identifier of the Getac OEMConfig application. Based on the user's profile, the server determines updates relevant to a particular user's region and accesses content associated with their subscription tier, etc. |



https://www.getac.com/us/products/tablets/zx80/



# ZX80 TECHNICAL SPECIFICATIONS

**DOWNLOAD PDF**

| | |
|---|---|
| **Generation** | G1 |
| **Operating System** | Android™ 13.0 [i] |
| **Mobile Computing Platform** | Qualcomm® QCS6490, Octa-core 1.9GHz Max. 2.7GHz |
| **VGA Controller** | Qualcomm® Adreno™ 643 GPU |
| **NPU** | Qualcomm® Hexagon™ Processor, up to 13 TOPS with 6th Qualcomm AI Engine |
| **Display** | 8" Wide Viewing Angle TFT LCD WUXGA (1920 x 1200) Protection film 1,000 nits LumiBond display with Getac sunlight readable technology Capacitive multi-touch screen |
| **Storage & Memory** | 12GB LPDDR5, 256GB UFS   a storage media |

https://www.getac.com/us/products/tablets/zx80/#tech-specs

# ANDROID ENTERPRISE RECOMMENDED WITH SOFTWARE UPGRADE SUPPORT

ZX80 is powered by the Android™ 13 operating system and is verified by Google as an Android Enterprise Recommended Rugged Device. Android™ 13 offers a diverse feature set, including application-level language settings, granular control over what information apps can access, and built-in safeguards to protect critical data. ZX80 will also support at least five years of security updates, with at least 3 Android Operating System versions over its lifecycle and various feature enhancements.

https://www.getac.com/us/products/tablets/zx80/


an electronic device

https://www.getac.com/us/products/tablets/zx80/

Supported by a comprehensive range of dedicated accessories and software

Like all Getac devices, the ZX80 is compatible with a comprehensive range of dedicated accessories, peripherals and software, helping users maximize device functionality in different industry scenarios. This includes third party secure vehicle docks for optimal vehicle/forklift truck use, hand strap, stylus and high-capacity hot swappable batteries for enhanced usability in the field, and 65W USB-C adaptor and docking station for efficient use in the office. Customers can also efficiently manage their Android tablets through pre-installed Getac software solutions, including the new Log Tool, deployXpress, enrollXpress, GDMS, Driving Safety Utility, and OEMConfig.

https://www.getac.com/us/news/getac-enhances-its-range-of-versatile-android-devices-with-launch-of-ai-ready-fully-rugged-tablet/



https://www.getac.com/us/products/software/getac-oemconfig/



https://www.getac.com/us/products/software/getac-oemconfig/



## Up-To-Date

Available from the Managed Google Play store, OEMConfig makes device updating easy. Option to update devices with the latest security patches Over-The-Air.

https://www.getac.com/us/products/software/getac-oemconfig/

## Collection of Personal Data

When you use the Platform, we may obtain various types of information related to you and your use of the Platform. This may include information that directly identifies you such as your name, address, or contact information (this type of information may be called "personal information," "Personal Data," or "Personally Identifiable Information"). Certain pieces of information we obtain (for example, account login or payment card information) may be considered "sensitive" under certain privacy laws. The information we obtain generally consists of information (1) you give us about yourself, (2) you give us about others, (3) automatically collected information about your interactions with the Platform, and (4) information we get from other sources.

https://www.getac.com/us/privacy-policy/

- App data: We collect or obtain Personal Data when you download or use any of our Apps.

- Site data: We collect or obtain Personal Data when you visit any of our Sites or use any features or resources available on or through a Site.

- Registration details: We collect or obtain Personal Data when you use, or register to use, any of our Sites, Apps, products, or services.

https://www.getac.com/us/privacy-policy/

- Data relating to our Sites and Apps: device type; operating system; browser type; browser settings; IP address; language settings; dates and times of connecting to a Site; App usage statistics; App settings; dates and times of connecting to an App; location data; and other technical communications information (some of which may constitute Personal Data); username; password; security login details; usage data; and aggregate statistical information.

https://www.getac.com/us/privacy-policy/

## Categories of Personal Data we collect

We collect the following categories of Personal Data about you:

- Personal details: given name(s); preferred name; and photograph.

- Demographic information: gender; date of birth / age; nationality; salutation; title; and language preferences.

- Contact details: correspondence address; shipping address; telephone number; email address; details of Personal Assistants, where applicable; messenger app details; online messaging details; and social media details.

https://www.getac.com/us/privacy-policy/

**Default update behavior**

By default, apps are updated automatically when the following constraints are met:

- The device is connected to a Wi-Fi network.
- The device is charging.
- The device is idle (not actively used).
- The app to be updated is not running in the foreground.

Google Play typically checks for app updates once a day, so it can take up to 24 hours before an app update is added to the update queue. After an app is added to the queue, it will be automatically updated the next time the constraints above are met.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**App update settings available to users**

Your users can modify the Wi-Fi network constraint by changing the auto-update settings on their device. A user can select one of the following options:

- Update apps over any network.
- Update apps over Wi-Fi only (this is the default setting).
- Do not update apps.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**Other factors affecting app updates**

There are a few other factors that may influence the timing and speed of app updates on Android devices:

- App release settings: Android app developers can roll out app updates gradually. As a result, an app update may initially only be available to some devices in your fleet.
- Pending installs: App updates are queued and installed one at a time. If a device has several apps with pending updates, it may take longer than expected to install all the updates.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

# How to update apps on Android

You can update your Android apps one at a time, all together, or automatically. Updating your apps to the latest version gives you access to the latest features and improves app security and stability.

**Important:**

- If Google determines that an app update fixes a critical security vulnerability, we may make certain app updates. These updates can occur regardless of update settings in the app or on your device. For more information, read the Google Play Terms of Service ☑ .

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

## Update Android apps automatically

### Update all of your Android apps automatically

1. Open the Google Play app ▶.
2. At the top right, tap your **Profile picture.**
3. Tap **Settings** > **Network Preferences** > **Auto-update apps.**
4. Select an option:
   - Update all apps over Wi-Fi or mobile data
   - Update with limited amount of mobile data
   - Update over Wi-Fi only
   - Don't auto-update apps

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

How it works ⌃

Google Play can use a limited portion of your monthly mobile data to automatically update your apps. Google Play prioritizes app updates using several factors, like apps with new features or apps we think you'll use the most. Google Play always tries to update apps over Wi-Fi first.

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

**Information about You.** Google's Privacy Policy explains how we treat your personal data and protect your privacy when using Google Play. Google may need to provide your personal information, such as your name and email address, to Providers for the purposes of processing your transactions or provisioning Content to you. Providers agree to use this information in accordance with their privacy policies.

If you are part of a family group on Google Play, your family members in the family group will be able to see certain information about you. If you are the family manager of a family group on Google Play, family members you invite to join the family group will see your name, photo, and e-mail address. If you join a family group as a family member, other family members will be able to see your name, photo, and e-mail address. Your family manager may also see your age and will see a record of all purchases you make using the designated family payment method, including a description of the Content purchased. If Content is available for family sharing and you share it with your family group, then all family members will be able to access the Content and see that you purchased it.

https://play.google.com/about/play-terms/

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.



## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

https://policies.google.com/privacy#infocollect

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name ⎁, crash reports, which apps you've installed, and, depending on your device settings, other information about how you're using your Android device ⎁.

https://policies.google.com/privacy#infocollect

As shown below, a user can specify settings for auto-update applications, manage account preferences, etc.



https://www.91mobiles.com/hub/how-to-update-play-store-apps/



https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/



https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/

| wherein the profile is based on factors including: a past history of transactions, demographic information received from the user, and the location of original distribution of the media; and creating | The accused product discloses wherein the profile (e.g., a user account, etc.) is based on factors including: a past history of transactions (e.g., previous app purchases, etc.), demographic information (e.g.., gender information, address, etc.) received from the user (e.g., a user of the accused product), and the location (e.g., a user's geographic location, etc.) of original distribution of the media; and creating updated information and transmitting the updated information to the electronic device (e.g., display of the accused product, SoC of the accused product, etc.).

As shown below, the accused product supports Android OS wherein Getac OEMConfig application is pre-installed on the device. The Getac OEMConfig app installed on the |

| updated information and transmitting the updated information to the electronic device. | accused product is identified by a unique identifier such as its app version identifier, package name, etc. When the device connects to a Wi-Fi network, the server of the system utilized by the Getac OEMConfig app automatically checks for updates by comparing the installed app versions with the latest versions available on its servers. If updates are available, the server of the system utilized by the Getac OEMConfig app downloads and installs them by replacing the previous versions.<br><br>When a user logs into their account on the Getac OEMConfig application, it creates a link between their user ID and the Getac OEMConfig app version installed on the device. The server of the system utilized by the Getac OEMConfig app sends the user ID and current installed app version identifier of the Getac OEMConfig application. Based on the user's profile, the server determines updates relevant to a particular user's region and accesses content associated with their subscription tier, etc. Thus, it triggers auto updates for applications or content related to the user's previous behavior, such as upgrading a free version of an app to a premium one if a user purchased a prior subscription, etc. Similarly, app updates are prioritized based on the application usage and user profile information such as frequently purchased app subscription, etc. |



https://www.getac.com/us/products/tablets/zx80/



# ZX80 TECHNICAL SPECIFICATIONS

**DOWNLOAD PDF**

| | |
|---|---|
| Generation | G1 |
| Operating System | Android™ 13.0 [i] |
| Mobile Computing Platform | Qualcomm® QCS6490, Octa-core 1.9GHz Max. 2.7GHz |
| VGA Controller | Qualcomm® Adreno™ 643 GPU |
| NPU | Qualcomm® Hexagon™ Processor, up to 13 TOPS with 6th Qualcomm AI Engine |
| Display | 8" Wide Viewing Angle TFT LCD WUXGA (1920 x 1200) Protection film 1,000 nits LumiBond display with Getac sunlight readable technology Capacitive multi-touch screen |
| Storage & Memory | 12GB LPDDR5, 256GB UFS    a storage media |

https://www.getac.com/us/products/tablets/zx80/#tech-specs

# ANDROID ENTERPRISE RECOMMENDED WITH SOFTWARE UPGRADE SUPPORT

ZX80 is powered by the Android™ 13 operating system and is verified by Google as an Android Enterprise Recommended Rugged Device. Android™ 13 offers a diverse feature set, including application-level language settings, granular control over what information apps can access, and built-in safeguards to protect critical data. ZX80 will also support at least five years of security updates, with at least 3 Android Operating System versions over its lifecycle and various feature enhancements.

https://www.getac.com/us/products/tablets/zx80/

an electronic device



https://www.getac.com/us/products/tablets/zx80/

**Supported by a comprehensive range of dedicated accessories and software**

Like all Getac devices, the ZX80 is compatible with a comprehensive range of dedicated accessories, peripherals and software, helping users maximize device functionality in different industry scenarios. This includes third party secure vehicle docks for optimal vehicle/forklift truck use, hand strap, stylus and high-capacity hot swappable batteries for enhanced usability in the field, and 65W USB-C adaptor and docking station for efficient use in the office. Customers can also efficiently manage their Android tablets through pre-installed Getac software solutions, including the new Log Tool, deployXpress, enrollXpress, GDMS, Driving Safety Utility, and OEMConfig.

https://www.getac.com/us/news/getac-enhances-its-range-of-versatile-android-devices-with-launch-of-ai-ready-fully-rugged-tablet/



https://www.getac.com/us/products/software/getac-oemconfig/



https://www.getac.com/us/products/software/getac-oemconfig/



# Up-To-Date

Available from the Managed Google Play store, OEMConfig makes device updating easy. Option to update devices with the latest security patches Over-The-Air.

https://www.getac.com/us/products/software/getac-oemconfig/

## Collection of Personal Data

When you use the Platform, we may obtain various types of information related to you and your use of the Platform. This may include information that directly identifies you such as your name, address, or contact information (this type of information may be called "personal information," "Personal Data," or "Personally Identifiable Information"). Certain pieces of information we obtain (for example, account login or payment card information) may be considered "sensitive" under certain privacy laws. The information we obtain generally consists of information (1) you give us about yourself, (2) you give us about others, (3) automatically collected information about your interactions with the Platform, and (4) information we get from other sources.

https://www.getac.com/us/privacy-policy/

- App data: We collect or obtain Personal Data when you download or use any of our Apps.

- Site data: We collect or obtain Personal Data when you visit any of our Sites or use any features or resources available on or through a Site.

- Registration details: We collect or obtain Personal Data when you use, or register to use, any of our Sites, Apps, products, or services.

https://www.getac.com/us/privacy-policy/

- Data relating to our Sites and Apps: device type; operating system; browser type; browser settings; IP address; language settings; dates and times of connecting to a Site; App usage statistics; App settings; dates and times of connecting to an App; location data; and other technical communications information (some of which may constitute Personal Data); username; password; security login details; usage data; and aggregate statistical information.

https://www.getac.com/us/privacy-policy/

## Categories of Personal Data we collect

We collect the following categories of Personal Data about you:

- Personal details: given name(s); preferred name; and photograph.

- Demographic information: gender; date of birth / age; nationality; salutation; title; and language preferences.

- Contact details: correspondence address; shipping address; telephone number; email address; details of Personal Assistants, where applicable; messenger app details; online messaging details; and social media details.

https://www.getac.com/us/privacy-policy/

**Default update behavior**

By default, apps are updated automatically when the following constraints are met:

- The device is connected to a Wi-Fi network.
- The device is charging.
- The device is idle (not actively used).
- The app to be updated is not running in the foreground.

Google Play typically checks for app updates once a day, so it can take up to 24 hours before an app update is added to the update queue. After an app is added to the queue, it will be automatically updated the next time the constraints above are met.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**App update settings available to users**

Your users can modify the Wi-Fi network constraint by changing the auto-update settings on their device. A user can select one of the following options:

- Update apps over any network.
- Update apps over Wi-Fi only (this is the default setting).
- Do not update apps.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

**Other factors affecting app updates**

There are a few other factors that may influence the timing and speed of app updates on Android devices:

- App release settings: Android app developers can roll out app updates gradually. As a result, an app update may initially only be available to some devices in your fleet.
- Pending installs: App updates are queued and installed one at a time. If a device has several apps with pending updates, it may take longer than expected to install all the updates.

https://support.google.com/googleplay/thread/206970582/apps-or-not-update-in-moblie?hl=en

# How to update apps on Android

You can update your Android apps one at a time, all together, or automatically. Updating your apps to the latest version gives you access to the latest features and improves app security and stability.

**Important:**

- If Google determines that an app update fixes a critical security vulnerability, we may make certain app updates. These updates can occur regardless of update settings in the app or on your device. For more information, read the Google Play Terms of Service ☑ .

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

## Update Android apps automatically

### Update all of your Android apps automatically

1. Open the Google Play app ▶.
2. At the top right, tap your **Profile picture.**
3. Tap **Settings** > **Network Preferences** > **Auto-update apps.**
4. Select an option:
   - Update all apps over Wi-Fi or mobile data
   - Update with limited amount of mobile data
   - Update over Wi-Fi only
   - Don't auto-update apps

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

How it works ⌃

Google Play can use a limited portion of your monthly mobile data to automatically update your apps. Google Play prioritizes app updates using several factors, like apps with new features or apps we think you'll use the most. Google Play always tries to update apps over Wi-Fi first.

https://support.google.com/googleplay/answer/113412?hl=en#zippy=%2Chow-it-works%2Chow-much-mobile-data-this-setting-uses

**Information about You.** Google's Privacy Policy explains how we treat your personal data and protect your privacy when using Google Play. Google may need to provide your personal information, such as your name and email address, to Providers for the purposes of processing your transactions or provisioning Content to you. Providers agree to use this information in accordance with their privacy policies.

If you are part of a family group on Google Play, your family members in the family group will be able to see certain information about you. If you are the family manager of a family group on Google Play, family members you invite to join the family group will see your name, photo, and e-mail address. If you join a family group as a family member, other family members will be able to see your name, photo, and e-mail address. Your family manager may also see your age and will see a record of all purchases you make using the designated family payment method, including a description of the Content purchased. If Content is available for family sharing and you share it with your family group, then all family members will be able to access the Content and see that you purchased it.

https://play.google.com/about/play-terms/

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.



### Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

https://policies.google.com/privacy#infocollect

| | We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name ⊡, crash reports, which apps you've installed, and, depending on your device settings, other information about how you're using your Android device ⊡.<br><br>https://policies.google.com/privacy#infocollect<br><br>As shown below, a user can specify settings for auto-update applications, manage account preferences, etc. |
| --- | --- |



https://www.91mobiles.com/hub/how-to-update-play-store-apps/



https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/



https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/

1. Launch the **Google Play Store**.

2. Tap on your **profile icon** in the top-right corner.

3. Go into **Payments & subscriptions**.

4. Select **Budget & history**.

5. The next page will show a list of all your Google Play purchases.



https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/

This list also includes books, movies, TV shows, songs, albums, and all in-app purchases. Depending on your order history, it may take a lot of scrolling, but you will find all the apps you've bought here. You might have an easier time if you use a browser on a PC.

https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/



https://www.androidauthority.com/find-purchased-apps-google-play-store-879124/