**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**Media Key LLC,**

Plaintiff,

v.

**Getac Holdings Corporation,**

Defendant.

Case No. 2:25-cv-00261-JRG-RSP

Patent Case

Jury Trial Demanded

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.