**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MEDIA KEY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GETAC HOLDINGS CORPORATION<br><br>*Defendant,* | CASE NO.: 2:25-CV-00261-JRG-RSP |

**NOTICE OF APPEARANCE AS PLAINTIFF'S CO-COUNSEL**

Notice is hereby given that Sheila O. Obiaju and Chase A. Evans of Sullivan Evans Goenewein, PC, enter their appearances on behalf of Plaintiff MEDIA KEY LLC, in this matter as Co-Counsel.

Chase A. Evans and Sheila O. Obiaju may receive all communications from the Court and from other parties at Sullivan Evans Goenawein, PC, 7300 State Highway 121, Suite 510, McKinney, Texas 75070; Telephone: (972) 665-6001; Facsimile: (972) 665-6405; emails: Chase@SullivanEvansLaw.Com and Sheila@SullivanEvansLaw.Com and Senior Paralegal Sana@SullivanEvansLaw.Com.

Isaac Phillip Rabicoff of Rabicoff Law LLC will continue to serve as the designated attorney in charge and may receive all communications from the Court and from other parties at Rabicoff Law LLC, 4311 N Ravenswood Ave Suite 315 Chicago, Illinois 60613; Telephone (773) 669-4590; and email: isaac@rabilaw.com.

Dated: November 16, 2026.

Respectfully submitted,

**Chase A. Evans**
State Bar No. 24087483
Email: Chase@SullivanEvansLaw.Com
**Sheila O. Obiaju**
State Bar No. 24104057
Email: Sheila@SullivanEvansLaw.Com
**SULLIVAN | EVANS | GOENAWEIN**
7300 SH 121 SB, Suite 510
McKinney, Texas 75070
Telephone: (972) 665-6001
Telecopier: (972) 665-6405
Co-Counsel For Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice was served on the parties via their counsel of record, via electronic service, in accordance with Rule 5 of the Federal Rules of Civil Procedure on November 16, 2026.

**Sheila O. Obiaju**