**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MEDIA KEY LLC, | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 2:25-CV-00261-JRG-RSP |
| GETAC HOLDINGS CORPORATION, | § | |
| *Defendant.* | § | |
| | § | |

**ORDER**

Before the Court is the Notice of Voluntary Dismissal filed by Media Key LLC ("Plaintiff"). (Dkt. No. 18.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id.* at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 19th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE